ACCEPTED
03-15-00100-CV
6180474
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/22/2015 3:10:18 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00100-CV

### IN THE COURT OF APPEALS
### FOR THE THIRD JUDICIAL DISTRICT OF TEXAS
### AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/22/2015 3:10:18 PM
JEFFREY D. KYLE
Clerk

### IN RE THE ESTATE OF EDELL WADE, DECEASED.

### JAMES E. WADE,
*Appellant*,

### v.

### JOHNNY WADE AND AMANDA WADE, INDIVIDUALLY AND AMANDA WADE AS THE INDEPENDENT EXECUTOR OF THE ESTATE OF EDELL WADE,
*Appellees*.

Appealed from the County Court at Law of Burnet County, Texas

### APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

1. Appellant, James E. Wade, respectfully requests an extension of time to file Appellant's Brief in Reply to Appellees' Brief. Appellant's Reply Brief is currently due on Thursday, August 6, 2015. Appellant seeks a 20-day extension to Wednesday, August 26, 2015.

2. **CERTIFICATE OF CONFERENCE:** Counsel for Appellant has conferred with Counsel for Appellees, who has represented that Appellees do not oppose this motion.

1

3.      Appellant's Counsel has several large briefing deadlines in other matters in late July and mid-August.

4.      Moreover, the voluminous supplement to the Appellate Record designated by the Appellees will require adequate time to prepare the Appellant's Reply Brief.

5.      Appellant has not previously requested any extensions of time for briefing in this case.

WHEREFORE, premises considered, Appellant requests that the Court set Wednesday, August 26, 2015, as the deadline for Appellant to file Appellant's Brief in Reply to Appellees' Brief.

RICHIE & GUERINGER, P.C.

*/s/ Emily J. Seikel*
SHELDON E. RICHIE
State Bar No. 16877000
EMILY J. SEIKEL
State Bar No. 24072331
100 Congress Avenue, Suite 1750
Austin, Texas 78701
512-236-9220 telephone
512-236-9230 facsimile
Email: srichie@rg-austin.com
Email: eseikel@rg-austin.com

ATTORNEYS FOR APPELLANT
JAMES E. WADE

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served via electronic service to all counsel of record listed below on this 22nd day of July, 2015.

Boyce C. Cabaniss
William G. Christian
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
Email: bcabaniss@gdhm.com
Email: wchristian@gdhm.com

Attorneys for Appellees Johnny Wade
and Amanda Wade, Individually

Claude E. Ducloux
Hill, Ducloux, Carnes & De La Garza
400 West 15th Street, Suite 808
Austin, Texas 78701
Email: cducloux@hdcdlaw.com

Attorney for Appellee Amanda Wade as
the Independent Executor of the Estate of
Edell Wade

*/s/ Emily J. Seikel*
Emily J. Seikel